Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
Joel Van Parys, State Bar No. 227387
jvanparys@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

Attorneys for Defendant
ASSET MANAGEMENT SPECIALIST, INC.

Daniel F. Gaines, State Bar No. 251488
daniel@gaineslawfirm.com
Alex P. Katofsky, State Bar No. 202754
alex@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, California 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff
JESUS GUTIERREZ, on behalf of himself and all others similarly situated, and on behalf of the general public

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| JESUS GUTIERREZ, on behalf of himself and all others similarly situated, and on behalf of the general public, <br><br> Plaintiff, <br> vs. <br> ASSET MANAGEMENT SPECIALIST, INC., a Nevada corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:13-CV-00149-LJO-GSA <br><br> **STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE AND DEADLINE TO SUBMIT JOINT SCHEDULING REPORT** |

It is hereby stipulated between the parties, through their counsel of record, as follows:

1. On January 31, 2013 this Court ordered the parties to appear for a mandatory scheduling conference.  The Court also ordered the parties to submit a joint scheduling report one week before the scheduling conference.

1    2.    The parties have been conducting informal discovery and have agreed to participate in a mediation. The parties are finalizing a mediation date in mid to late May, 2013.

3.    Because the parties have participated in informal discovery and agreed to mediate the case, and in the interest of saving time and expense for the parties and the Court, they jointly request that the Court order: (1) that the status conference currently set for April 2, 2013 be continued to a date no earlier than June 3 and no later than June 27, 2013 and (2) that the date to submit a Joint Status Report be continued to the date 7 days prior to the new status conference.

Dated: March, 20, 2013       CAROTHERS DISANTE & FREUDENBERGER LLP
                             Joel Van Parys


                             By:  */s/Joel Van Parys*
                                         Joel Van Parys
                             Attorneys for Defendant
                             ASSET MANAGEMENT SPECIALIST, INC.


Dated: March 20, 2013        GAINES & GAINES, APLC



                             By:  */s/Daniel F. Gaines*
                                         Daniel F. Gaines
                             Attorneys for Plaintiff
                             JESUS GUTIERREZ, on behalf of himself and all others
                             similarly situated, and on behalf of the general public

2    STIPULATION AND ORDER TO CONTINUE
     THE STATUS CONFERENCE DATE

**Error! Unknown document property name..Error! Unknown document property name.**

**ORDER**

In light of the parties' stipulation, the Initial Scheduling Conference currently set for April 2, 2013, is continued to June 12, 2013, at 10:00 a.m.  The joint scheduling report shall be filed one week prior to the conference.

IT IS SO ORDERED.

Dated:  **March 21, 2013**                          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

3   STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE DATE

Error! Unknown document property name..Error! Unknown document property name.