Jeremy T. Naftel, State Bar No. 185215
jnaftel@cdflaborlaw.com
Joel Van Parys, State Bar No. 227387
jvanparys@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone:  (916) 361-0991
Facsimile:  (916) 570-1958

Attorneys for Defendant
ASSET MANAGEMENT SPECIALIST, INC.

Daniel F. Gaines, State Bar No. 251488
daniel@gaineslawfirm.com
Alex P. Katofsky, State Bar No. 202754
alex@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, California 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff
JESUS GUTIERREZ, on behalf of himself and all others
similarly situated, and on behalf of the general public

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| JESUS GUTIERREZ, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>            Plaintiff,<br>    vs.<br><br>ASSET MANAGEMENT SPECIALIST, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:13-CV-00149-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE AND DEADLINE TO SUBMIT JOINT SCHEDULING REPORT** |

It is hereby stipulated between the parties, through their counsel of record, as follows:

1. On January 31, 2013 this Court ordered the parties to appear for a mandatory scheduling conference. The Court also ordered the parties to submit a joint scheduling report one week before the scheduling conference.

1

STIPULATION AND ORDER TO CONTINUE
THE STATUS CONFERENCE DATE

Error! Unknown document property name..Error! Unknown document property name.

1  2. The parties have been conducting informal discovery and have agreed to participate
2 in a mediation.  The parties are finalizing a mediation date in mid to late May, 2013.
3  3. Because the parties have participated in informal discovery and agreed to mediate
4 the case,  and in the interest of saving time and expense for the parties and the Court, they jointly
5 request that the Court order:  (1) that the status conference currently set for April 2, 2013 be
6 continued to a date no earlier than June 3 and  no later than June 27, 2013 and (2) that the date to
7 submit a Joint Status Report be continued to the date 7 days prior to the new status conference.

9  Dated:  March, 20, 2013          CAROTHERS DISANTE & FREUDENBERGER LLP
                                    Joel Van Parys

12                                  By:   */s/Joel Van Parys*
                                            Joel Van Parys
                                    Attorneys for Defendant
13                                  ASSET MANAGEMENT SPECIALIST, INC.

15 Dated:  March 20, 2013            GAINES & GAINES, APLC

18                                  By:   */s/Daniel F. Gaines*
                                            Daniel F. Gaines
                                    Attorneys for Plaintiff
19                                  JESUS GUTIERREZ, on behalf of himself and all others
                                    similarly situated, and on behalf of the general public

2    STIPULATION AND ORDER TO CONTINUE
     THE STATUS CONFERENCE DATE

**Error! Unknown document property name..Error! Unknown document property name.**

**ORDER**

In light of the parties' stipulation, the Initial Scheduling Conference currently set for April 2, 2013, is continued to June 12, 2013, at 10:00 a.m.  The joint scheduling report shall be filed one week prior to the conference.

IT IS SO ORDERED.

Dated:  **March 21, 2013**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

3    STIPULATION AND ORDER TO CONTINUE
THE STATUS CONFERENCE DATE

Error! Unknown document property name..Error! Unknown document property name.