1  Jeremy T. Naftel, State Bar No. 185215
   jnaftel@cdflaborlaw.com
2  Joel Van Parys, State Bar No. 227387
   jvanparys@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
4  Suite 200
   Sacramento, California 95825
5  Telephone:  (916) 361-0991
   Facsimile:  (916) 570-1958
6
   Attorneys for Defendant
7  ASSET MANAGEMENT SPECIALIST, INC.

8  Daniel F. Gaines, State Bar No. 251488
   daniel@gaineslawfirm.com
9  Alex P. Katofsky, State Bar No. 202754
   alex@gaineslawfirm.com
10 GAINES & GAINES, APLC
   21550 Oxnard Street, Suite 980
11 Woodland Hills, California 91367
   Telephone: (818) 703-8985
12 Facsimile: (818) 703-8984

13 Attorneys for Plaintiff
   JESUS GUTIERREZ, on behalf of himself and all others
14 similarly situated, and on behalf of the general public

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| JESUS GUTIERREZ, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET MANAGEMENT SPECIALIST, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00149-LJO-GSA<br><br>**STIPULATION AND ORDER TO REMAND TO SUPERIOR COURT OF CALIFORNIA FOR FRESNO COUNTY** |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, as follows:

This matter was originally filed in Fresno County Superior Court, Case No. 12CECG03577 DSB and was removed by Defendants to federal court pursuant to 28 U.S.C. §§ 1441 and 1446.

Defendants believe they have an objectively reasonable basis for removal. That said, in an effort to avoid the expense, time and resources needed to contest remand, the parties submit this Stipulation and jointly request that the Court enter an Order to have this matter remanded to the Superior Court of California for the County of Fresno. Given the parties' agreement to have this matter remanded to state court, Plaintiff and Plaintiff's counsel also agree that they will not seek an award of fees or costs against Defendants relating to Defendants' removal of this matter.

Dated: August 5, 2013     CAROTHERS DISANTE & FREUDENBERGER LLP

By:  */s/ Jeremy T. Naftel*
Jeremy T. Naftel
Attorneys for Defendant
Asset Management Specialist, Inc.

Dated: August 5, 2013     GAINES & GAINES, APLC

By:  */s/ Daniel F. Gaines* (authorized on August 5, 2013)
Daniel F. Gaines
Attorneys for Plaintiff
Jesus Gutierrez

**ORDER**

Based on the above stipulation, IT IS HEREBY ordered that this case be remanded to the Superior Court of California for the County of Fresno. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 6, 2013**          */s/ Gary S. Austin*
UNITED STATES MAGISTRATE JUDGE

2   STIPULATION & [PROPOSED] ORDER TO REMAND TO SUPERIOR COURT OF CALIFORNIA FOR FRESNO COUNTY

708382.1